**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVIS RUSSELL,

                Plaintiff,

-against-

LAMOTHERMIC CORP., AKA LAMOTHERMIC PRECISION INVESTMENT CASTING CORP., MICHAEL STEELE, in his official and individual capacities, and DONNA CIULLO, in her official and individual capacities,

                Defendants.

Civil Action No. 17-cv-09609 (NSR)

**PLAINTIFF'S NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020

## NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

**Nature of Action:** Employment Discrimination and Retaliation

**Moving Party:** Plaintiff Travis Russell ("Plaintiff")

**Directed To:** Defendants Lamothermic Precision Investment Casting Corp., Donna Ciullo, and Michael Steele, in their individual and representative capacities ("Defendants").

**Date and Time:** To be Scheduled by the Court.

**Place:** The Hon. Charles L. Brieant Jr. Federal Court Building and United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150.

**Supporting Papers:** Attorney Declaration of Brooke D. Youngwirth, dated November 1, 2019, accompanying Exhibits A through Z, Memorandum of Law, dated November 1, 2019, Plaintiff's Counter Statement of Facts Pursuant to FRCP 56.1, Affidavit of Travis Russell dated October 31, 2019.

---

Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment are both deemed withdrawn without prejudice to renew in the event the global settlement is not memorialized and executed. Clerk of the Court requested to terminate the motions (docs. 45, 46, 49 and 60). Dated: June 24, 2020 SO ORDERED.

_Nelson S. Román, U.S.D.J._

1

| | |
|---|---|
| Answering Papers: | Pursuant to the Court's Scheduling Order, Defendants' Reply and Cross-Opposition to is due on December 4, 2019. Plaintiff's Cross-Reply is due on December 23, 2019. |
| Relief Requested: | An Order pursuant to Federal Rule of Civil Procedure 56(a) granting Plaintiff partial summary judgment on its Eleventh and Twelfth causes of action and denying Defendants' Motion for Summary Judgment, together with such other and further relief as the Court may deem just and proper. |
| Grounds for Relief: | Federal Rules of Civil Procedure 56(a) |

Dated: Poughkeepsie, New York
November 1, 2019

CORBALLY, GARTLAND AND RAPPLEYEA, LLP

By: *[signature]*
Brooke D. Youngwirth
*Attorneys for Plaintiff*
35 Market Street
Poughkeepsie, NY 12601
(845) 454-1110

TO:    Counsel of Record for Defendants